AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE ATTACHMENT A

─── DEFENDANT - U.S. ───
MARTIN ZAMBRANO, a/k/a Martin Zambano, a/k/a Martin Zambrano-Monfutar, a/k/a Martin Monfutar, a/k/a Monfutal M. Zambrano

DISTRICT COURT NUMBER

CR07-0728 CW

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)     GARTH HIRE, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

**NOV 1 5 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes    If "Yes" give date filed
                          ☐ No

DATE OF ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY     Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

## ATTACHMENT A
## PENALTY SHEET

### *UNITED STATES v. MARTIN ZAMBRANO, a/k/a Martin Zambano,*
### *a/k/a Martin Zambrano-Monfutar, a/k/a Martin Monfutar,*
### *a/k/a Monfutal M. Zambrano*

### COUNTS ONE AND TWO
### 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) –
### Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
### 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) –
### Distribution of Methamphetamine

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION



VENUE: OAKLAND

## CR07-0728   CW

### UNITED STATES OF AMERICA,

### V.

MARTIN ZAMBRANO, a/k/a Martin Zambano, a/k/a Martin Zambrano-Monfutar,
a/k/a Martin Monfutar, a/k/a Monfutal M. Zambrano,

### DEFENDANT.

---

# INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) -
Conspiracy to Distribute and Possess With Intent to
Distribute Methamphetamine;
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Distribution of
Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this _15th_ day of
_November 2007_

_____ Clerk

Bail, $ _____  ZAMBRANO  NO BAIL ARREST WARRANT

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 NOV 15 PM 12: 39

CLERK ... KING
NORTHERN ... COURT
... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 07-0728 CW** |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine |
| v. | |
| MARTIN ZAMBRANO, a/k/a Martin Zambano, a/k/a Martin Zambrano-Monfutar, a/k/a Martin Monfutar, a/k/a Monfutal M. Zambrano, | OAKLAND VENUE |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

On or about September 20, 2007, in the Northern District of California, defendant,

MARTIN ZAMBRANO,
a/k/a Martin Zambano,
a/k/a Martin Zambrano-Monfutar,
a/k/a Martin Monfutar,
a/k/a Monfutal M. Zambrano,

did knowingly and intentionally conspire to distribute and possess with intent to distribute, a

Schedule II controlled substance, namely, approximately 15.1 grams of actual methamphetamine

INDICTMENT

1

Document No.

District Court
Criminal Case Processing

1   in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B)(viii).

2

3   COUNT TWO:        (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of
                      Methamphetamine)

4

5               On or about September 20, 2007, in the Northern District of California, defendant,

6                                   MARTIN ZAMBRANO,
                                    a/k/a Martin Zambano,
                              a/k/a Martin Zambrano-Monfutar,
7                                 a/k/a Martin Monfutar,
                               a/k/a Monfutal M. Zambrano,

8

9   did knowingly and intentionally distribute a Schedule II controlled substance, namely,

10  approximately 15.1 grams of actual methamphetamine in violation of Title 21, United States

11  Code, Sections 841(a)(1), (b)(1)(B)(viii).

12  DATED:                                          A TRUE BILL.

13     *November 15, 2007*

14                                                  FOREPERSON

15  SCOTT N. SCHOOLS
    United States Attorney

16

17

18  BRIAN STRETCH
    Chief, Criminal Division

19  (Approved as to form:
                          AUSA GARTH HIRE

20

21

22

23

24

25

26

27

28

INDICTMENT