1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
6    1301 Clay Street, Suite 340-S
     Oakland, California 94612-5217
     Telephone: (510) 637-3929
7    Facsimile: (510) 637-3724
     E-Mail:    Garth.Hire@udoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR07-0728 CW |
| Plaintiff, ) | SEALING APPLICATION AND SEALING ORDER |
| v. ) | |
| MARTIN ZAMBRANO, ) a/k/a Martin Zambano, ) a/k/a Martin Zambrano-Monfutar, ) a/k/a Martin Monfutar, ) a/k/a Monfutal M. Zambrano, ) | |
| Defendant. ) | |

The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on November 15, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

////

SEALING APPLICATION AND ORDER

1

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: November 14, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

GARTH HIRE
Assistant United States Attorney

**ORDER**

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on November 15, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: Nov 15, 2007

~~WAYNE D. BRAZIL~~ D LOWELL JENSEN
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

SEALING APPLICATION AND ORDER

2