UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 12/19/07**

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00728 CW

**Defendant:** Martin Zambrano (present - in custody
                                        interpreter used)


**Appearances for Plaintiff:**
James Mann for Garth Hire

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Angela Zawadski (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting**

**Notes:**    This was the defendant initial appearance before District Judge.  Government has provided discovery which defense is reviewing and needs to investigate.  **Case continued to 1/23/08 at 2:00 p.m. for disposition or trial setting.**  Defense does not know whether there will be motions; any motions will be filed by 1/16; parties can stipulate to briefing schedule and vacate 1/23.  Time exclude for effective preparation and continuity of counsel.

Copies to: Chambers