BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant MARTIN ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN ZAMBRANO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-00728 CW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FROM JANUARY 23, 2008 TO MARCH 5, 2008 AND FOR EXCLUSION OF TIME |

Defendant Martin Zambrano is scheduled to appear in court on Wednesday, January 23, 2008 at 2:00 p.m. for a setting or disposition hearing. The parties believe that additional time is necessary to resolve the case for a variety of reasons, including that the defense is continuing to investigate the case and possible motions and defenses, and that the parties are engaged in settlement discussions that could result in a plea agreement. The parties request that the matter be continued to March 5, 2008 or to any other date thereafter that is convenient to the Court. The parties further stipulate and agree that the time between January 23, 2008 and March 5, 2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

For these reasons, the parties request that the Court order that this period of time should be

- 1 -

1 | excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
2 | continuance is necessary to provide counsel for the defendant the reasonable time necessary for
3 | effective preparation, taking into account the exercise of due diligence.
4 | SO STIPULATED.
5 | Dated:       January 22, 2008                    /S/
6 |                                                  SHAWN HALBERT
  |                                                  Assistant Federal Public Defender
7 | SO STIPULATED.
8 | Dated:       January 22, 2008                    /S/
9 |                                                  GARTH HIRE
  |                                                  Assistant United States Attorney
10 |
11 |     I hereby attest that I have on file all holograph signatures for any signatures indicated by
12 | a "conformed" signature (/S/) within this e-filed document.
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to March 5, 2008, at 2:00 p.m. for setting or change of plea.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from January 23, 2008 to March 5, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   January ___, 2008

CLAUDIA WILKEN
United States District Judge