1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR 07-00728 CW
                                      )
14         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING STATUS
15     v.                             )   CONFERENCE AND EXCLUDING TIME
                                      )
16  MARTIN ZAMBRANO,                  )
                                      )   OAKLAND VENUE
17         Defendant.                 )
                                      )
18  _____

19         Plaintiff, by and through its attorney of record, and defendant, by and through his attorney

20  of record, hereby stipulate and ask the Court to find as follows:

21         1.     A hearing for disposition or trial setting in this matter is currently scheduled for

22  2:00 p.m. on Wednesday, March 5, 2008.

23         2.     The parties request that this hearing be continued until 2 p.m. on Wednesday,

24  April 30, 2008, in order to provide defendant's counsel with additional time to evaluate the

25  evidence in this case and determine whether or not defendant should enter a change of plea or file

26  motions and to prepare for trial in this matter.

27         3.     Specifically, defendant's counsel needs the continuance in order to further

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

investigate defendant's criminal history.  Defendant is presently charged with an offense that carries a five-year mandatory minimum sentence (or ten-year mandatory minimum sentence if defendant has a prior felony narcotics conviction and the government files an information alleging that conviction pursuant to 21 U.S.C. § 851) unless the defendant satisfies the "safety valve" criteria set forth in U.S.S.G. §§ 5C1.2(a)(1)-(5) and 18 U.S.C. §§ 3553(f)(1)-(5).  It is presently unclear to government and defense counsel whether or not defendant satisfies the first prong of safety-valve eligibility, specifically, that defendant not have more than one criminal history point.  Whether or not defendant is eligible for the safety valve or whether defendant faces a five or ten year mandatory minimum sentence directly impacts the decision of defendant and his counsel as to whether he should enter a change of plea or file motions or prepare for trial in this matter.  In order to assist defendant's counsel in her continuing investigation of defendant's criminal history, the parties agree and respectfully request that the Court order the United States Probation Office to prepare a pre-plea presentence investigation report (PSR) as to criminal history only, in order to determine with certainty whether or not defendant will be safety valve eligible.

    4. Thus, the parties respectfully request that the Court find that the time period from March 5, 2008, to April 30, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

  IT IS SO STIPULATED.

                   JOSEPH P. RUSSONIELLO
                   United States Attorney

Dated: March 4, 2008          /s/
                   GARTH HIRE
                   Assistant United States Attorney

                   Attorney for United States of America

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME   2

Dated: March 5, 2008

      /s/
SHAWN HALBERT
Assistant Federal Public Defender

Attorney for Defendant
Martin Zambrano

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/s/) within this e-filed document.

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled March 5, 2008, hearing for disposition or trial setting is vacated. A hearing for disposition or trial setting is now scheduled for 2:00 p.m. on April 30, 2008.

2. The time period from March 5, 2008, to April 30, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

3. The United States Probation Office shall prepare a pre-plea presentence investigation report as to criminal history only with respect to defendant Martin Zambrano.

DATED: _____

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE