UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 30 2008

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 5/1/08

**Plaintiff:** United States

**v.**                                            **No.** CR-07-00728 CW

**Defendant:** Martin Zambrano (present - in custody - interpreter used)

**Appearances for Plaintiff:**
James Mann for Garth Hire

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Angela Zawadski (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


### Hearing:   Change of Plea

**Notes:**   Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Count 1 of the Indictment charging conspiracy to distribute methamphetamine in violation of 21 USC 846, 841(a)(1),(b)(1)(B)(viii). Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested. **Sentencing set for 8/13/08 at 2:00 p.m.**

Copies to: Chambers; probation