UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-07-00728 CW

Defendant's Name: Martin Zambrano

Defense Counsel: Shaun Halbert

Referral Date: 4/30/08

Sentencing Date: ~~7/23/08~~ 8/13/08 @ 2:00pm

FILED
APR 30 2008
RICHARD W. WIEKING
[CLERK]
N.D. CA

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking?: No - Spanish

cc: U. S. Probation