1    BARRY J. PORTMAN
     Federal Public Defender
2    NED SMOCK
     Assistant Federal Public Defender
3    19th Floor Federal Building-Box 36106
     450 Golden Gate Ave.
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant ZAMBRANO
6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )    No. CR-07-0728  CW
                                        )
11                   Plaintiff,         )
                                        )
12   vs.                                )    NOTICE OF SUBSTITUTION OF
                                        )    ATTORNEY
13   MARTIN ZAMBRANO,                   )
                                        )
14                   Defendant.         )
     _____)
15

16          The Federal Public Defender was previously appointed as counsel for defendant in the

17   above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18   undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

19   appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

20   Counsel's contact information is listed above.

21   Dated: May 14, 2008
                                   Respectfully submitted,
22
                                   BARRY J. PORTMAN
23                                 Federal Public Defender

24                                          /S/

25                                 NED SMOCK
                                   Assistant Federal Public Defender
26

     Notice of Substitution of Attorney          1