BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0728-1 CW |
|---|---|
| Plaintiff, | ) **Defendant's Sentencing Memorandum** |
| vs. | ) |
| MARTIN ZAMBRANO, | ) |
| Defendant. | ) |

Martin Zambrano will be before the Court for judgment and sentencing on August 13, 2008. The parties reached a negotiated settlement in this case. Mr. Zambrano entered a plea of guilty pursuant to Rule 11(c)(1)(C) with a stipulated sentence at the low-end of the applicable advisory guidelines range. Because Mr. Zambrano meets the safety valve requirements set forth in U.S.S.G. §§ 5C1.2(a)(1)-(5), his guideline range is 37 to 46 months. Accordingly, the parties jointly recommend a sentence of 37 months incarceration. United States Probation joins in this

//
//
//

Def's Sent. Memo                                                              1

1  recommendation.  The agreed-upon sentence is within the advisory guidelines and is reasonable
2  in light of the factors set forth in 18 U.S.C. § 3553(a).

4  Dated: August 5, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/s/ Ned Smock

NED SMOCK
Assistant Federal Public Defender