UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/13/08

**Plaintiff:** United States

**v.**                                                No. CR-07-00728 CW

**Defendant:** Martin Zambrano (present - in custody
                                    interpreter used)

**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Ned Smock

**Interpreter:**
Angela Zawadzki (Spanish - sworn)

**Probation Officer:**
Brian Casai

**Hearing: Sentencing**

**Notes:**    Defendant and counsel have read PSR; no factual disputes.
On Count One, the Court finds Offense Level 21, Criminal History I,
leading to a Guideline Range of 37 to 46 months.  Based on P/O
recommendation and plea agreement, the Court sentences the defendant
to 37 months due to safety valve eligibility, to be followed by 4
years supervised release under the usual terms and conditions and the
special conditions set forth in the PSR.  No fine imposed due to lack
of ability to pay a fine.  Defendant to pay $100 special assessment
due immediately but may be paid through the defendant's
participation in the Bureau of Prisons' Inmate Financial
Responsibility Program at the rate of $25 per quarter.  Any
remaining counts are dismissed.  Court will recommend placed as
close to the Bay Area as possible.  Defendant remanded to custody
of U.S. Marshal.  See J&C for details.

Copies to: Chambers